IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NORA JULIAO ALZATE,

   Petitioner,

v.                  4:05cv9-WS

JOSE VAZQUEZ,

   Respondent.

_____

ORDER OF DISMISSAL

  Before the court is the magistrate judge's report and recommendation (doc. 6) docketed July 29, 2005. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be summarily dismissed.

  On August 5, 2005, the petitioner's copy of the report and recommendation was returned to the clerk's office. See Doc. 7. Although it is his responsibility to do so, the plaintiff has not provided the court with a current address.

  Upon review of the record, this court has determined that the recommendation of dismissal should be adopted.

  Accordingly, it is ORDERED:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

  2. The plaintiff's petition for writ of habeas corpus is summarily DISMISSED without prejudice.

  3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this August 10, 2005.

   /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE